THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT

By: G. Michael Halfenger
    Chief United States Bankruptcy Judge

DATED: April 4, 2019



G. Michael Halfenger
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE: Dale R. Eastman and
Kitty M. Eastman,
    Debtors.

Case No. 18−26685−gmh

Chapter 13

**ORDER APPROVING TRUSTEE'S FINAL ACCOUNT, DISCHARGING THE TRUSTEE, AND CLOSING THE CHAPTER 13 CASE**

    The chapter 13 trustee filed a final report and account and certified that the estate has been fully administered. The trustee received funds in the amount of $375.00 and disbursed those funds in accordance with the final account. The court received no objection within the time period prescribed by Fed. R. Bankr. P. 5009.

    IT IS THEREFORE ORDERED: The trustee's final account is approved, the trustee's bond is released, the trustee is discharged, and the chapter 13 case is closed.

####